IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT YOUNG, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-2384 |
| OLESEYI AFYWAPE and WILLIAM J. PALATUCCI, | : | |
| Defendants. | : | |

**O R D E R**

    **AND NOW**, this 5th day of September, 2012, upon consideration of the "Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6)" (Doc. No. 14) filed by Defendants, Oleseyi Afywape and William J. Palatucci, and the Response in Opposition filed by Plaintiff, Robert Young, it is hereby **ORDERED** that the Motion is **DENIED**. Plaintiff shall have thirty (30) days to file an Amended Complaint. It is further **ORDERED** that if the Amended Complaint is not filed within thirty (30) days, the action will be dismissed.

                                                                                BY THE COURT:

                                                                           /s/ Robert F. Kelly
                                                                           ROBERT F. KELLY
                                                                           SENIOR JUDGE