IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ROBERT YOUNG, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 12-2384 |
| | : | |
| OLESEYI AFYWAPE and | : | |
| WILLIAM J. PALATUCCI, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 26th day of September, 2012, upon consideration of the Motion for the Appointment of Counsel (Doc. No. 9) filed by Plaintiff, Robert Young, it is hereby **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] On June 16, 2012, we denied Plaintiff's Motion for Appointment of Counsel as premature. See Doc. No. 11. After receiving additional information from Plaintiff, we revisit this Motion and once again deny Plaintiff's Motion for Appointment of Counsel.